**Order filed March 1, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00693-CR

_____

**MANLEY DEWAYNE JOHNS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 230th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1283867**

## O R D E R

The clerk's record in this appeal was filed September 19, 2011. On February 14, 2011, appellant filed a motion to supplement the clerk's record with an official bill of costs.

The motion is GRANTED. The Harris County District Clerk is directed to file a supplemental clerk's record within **10 days of the date of this order** containing an official bill of costs.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM